## SWITZER LUMBER CO. v. BRAZELL.

No. 4886.   Opinion Filed July 27, 1915.

(150 Pac. 1064.)

**APPEAL AND ERROR—Failure to File Brief—Reversal.** Where defendant in error fails to file brief, and gives no reason therefor, this court may reverse the cause, if the brief of plaintiff in error reasonably supports his contention.

(Syllabus by Devereux, C.)

*Error from Superior Court, Pittsburg County;*
*Wallace Wilkinson, Judge.*

Action by Switzer Lumber Company against James Brazell. Judgment for Brazell, and the Lumber Company brings error. Reversed, and cause remanded for new trial.

*A. J. Stack* and *Frank H. Sullivan,* for plaintiff in error.

*Harley & Miller,* for defendant in error.

Opinion by DEVEREUX, C. The record in this case was filed in this court on the 10th day of March, 1913, and on June 1, 1914, the brief of the plaintiff in error was duly filed and served on the defendant in error. This case was submitted on briefs on July 8, 1915. No briefs have been filed for defendant in error, and no extension of time is asked, and no reason given for the failure to file the same. We have carefully examined the record,

and the brief of plaintiff in error, and they seem to reasonably sustain its contention. The judgment will therefore be reversed, and the cause remanded.

We recommend that this judgment be reversed, and the cause remanded for a new trial.

By the Court: It is so ordered.